UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:99-CR-00287-PMP-RJJ |
| vs. | ) | **ORDER** |
| CYNTHIA REATHA HALEY, | ) | |
| Defendant. | ) | |

On March 28, 2011, the Court entered an Order to Show Cause (Doc. #480) directing that the Government show cause not later than April 18, 2011 why this action should not be dismissed for failure to prosecute. The Government having failed to respond to the Court's Order to Show Cause, and good cause appearing,

**IT IS ORDERED that** the Indictment in the above referenced case is hereby **DISMISSED** as to Defendant Cynthia Reatha Haley.

DATED: April 25, 2011.

_____
PHILIP M. PRO
United States District Judge